UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES LEE DAWSON,<br><br>                Petitioner,<br><br>      v.<br><br>JEFFREY A UTTECHT,<br><br>                Respondent. | CASE NO. 3:20-CV-5090-RJB-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation (Dkt. 17).

(2)    The case is dismissed with prejudice.

(3)    A certificate of appealability is denied.

**DATED** this 27th day of August, 2020

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1